The order appealed from should be reversed, with costs to appellant, and the proceeding remitted to the Special Term to find the value of parcels 21 and 24 and to determine the effect, if any, on value of parcel 20 of the conjunctive use of that parcel with parcels 21 and 24. The order to be entered reflecting these values should be consistent with the findings of the order of reversal to be entered.

Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ., concur.

Order unanimously reversed, with $20 costs and disbursements to the appellant and the matter remitted to Special Term for further determination in accordance with the opinion herein. Settle order on notice.

JOSEPH GLATTER-GOTZ, Doing Business under the Name of GEBRUEDER-REIGER, Respondent, v. REIGER ORGANS, INC. et al., Appellants, et al. Defendant.—

Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

In the Matter of the Arbitration between CONTINENTAL NUT COMPANY, Respondent, and BANNER CANDY MFG. CORP., Appellant.—

Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

In the Matter of CARMELO P. PREVITI, Appellant, against JOSEPH SCHECHTER et al., Constituting the Department of Personnel, Civil Service Commission of the City of New York, et al., Respondents.—

Concur — Peck, P. J., Botein, Cox and Bergan, JJ.

AMERICAN NEWS COMPANY, INC., Respondent, v. AVON PUBLISHING CO., INC., et al., Appellants.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ. [See 1 A D 2d 774.]

JANE PACE, Respondent, v. PETER PACE, Appellant.— No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

In the Matter of the Probate of the Will of ELLYN H. BRUSH, Deceased. KATHERINE S. HUTCHINSON et al., Appellants; LINDA PRINGLE, Respondent.— No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

A. STEINAM COMPANY, INC., Appellant, v. CONTINENTAL INSURANCE COMPANY, Respondent.— No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

PRUDENTIAL WESTCHESTER CORPORATION, Respondent, v. MATILDE TOMASINO, Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

JACK ROLLINS v. JANET ALTERMAN, Also Known as JANET A. KENNEDY, et al. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See ante, p. 1011.]

COUNTRY TWEEDS, INC., v. CLYDE FASHIONS, LTD.— Concur — Peck, P. J., Cohn, Breitel, Botein and Cox, JJ. [See ante, p. 491.]

In the Matter of BERNARD E. SMITH, JR., Respondent, against REPUBLIC PICTURES CORPORATION et al., Appellants, et al., Defendants.— Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ. [See ante, p. 1000.]